AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

U.S. COMMODITIES FUTURES TRADING COMMISSION,

      Plaintiff,
  v.
OPTIVER US, LLC, OPTIVER HOLDING BV, OPTIVER VOF, CHRISTOPHER DOWSON, BASTIAAN VAN KEMPEN, AND RANDAL MEIJER

      Defendants

**APPEARANCE**

Case Number: 08 CIV 6560 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

    OPTIVER US, LLC
    OPTIVER HOLDING BV
    OPTIVER VOF

I certify that I am admitted to practice in this court.

| AUGUST 11, 2008 | /s/ Thomas P. Battistoni |
|---|---|
| Date | Signature |

| Thomas P. Battistoni | (TB 8012) |
|---|---|
| Print Name | Bar Number |

Schiff Hardin LLP
900 Third Avenue, 23rd Floor
Address

| New York, | New York | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 753-5000 | (212) 753-5044 |
|---|---|
| Phone Number | Fax Number |