USDC SDNY
DOCUMENT
ELECTRO...
DOC #
DATE: 8/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
U.S. COMMODITY FUTURES
TRADING COMMISSION,                 :     08 CV 6560 (LAP)
                                    :
              Plaintiff,            :     ORDER
                                    :
     v.                             :
                                    :
OPTIVER US, LLC, OPTIVER            :
HOLDING BV, OPTIVER VOF,            :
CHRISTOPHER DOWSON,                 :
BASTIAAN VAN KEMPEN and             :
RANDAL MAIJER,                      :
                                    :
              Defendants.           :
                                    :
------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    To the extent that defendants believe that the complaint is insufficient, they shall so inform plaintiff by letter, detailing all perceived deficiencies. Plaintiff shall then inform the Court whether it wishes to stand on the present complaint, without further amendment, or file an amended complaint with the understanding that no further amendments will be permitted thereafter. Counsel shall confer and agree upon a proposed schedule.

SO ORDERED:

Dated: August 28, 2008

                                                   LORETTA A. PRESKA, U.S.D.J.