AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITY FUTURES
TRADING COMMISSION,

       Plaintiff,

v.

OPTIVER US, LLC, OPTIVER
HOLDING BV, OPTIVER VOF,
CHRISTOPHER DOWSON,
BASTIAAN VAN KEMPEN and
RANDAL MEIJER,
       Defendants.

**APPEARANCE**

Case Number: 1:08-CV-06560-LAP

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendants Optiver US, LLC, Optiver Holdings BV, and Optiver vof

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/21/2010 | *Stacie R. Hartman* |
| Date | Signature |
| | Stacie R. Hartman |
| | Print Name / Bar Number |
| | Schiff Hardin, 6600 Sears Tower |
| | Address |
| | CHicago / IL / 60606 |
| | City / State / Zip Code |
| | (312) 258-5607 / (312) 258-5600 |
| | Phone Number / Fax Number |