UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



U.S. COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

        v.

OPTIVER US, LLC, OPTIVER HOLDING BV,
OPTIVER VOF, CHRISTOPHER DOWSON,
BASTIAAN VAN KEMPEN, AND RANDAL
MEIJER,

        Defendants.

Case No. 08 CIV 6560 (LAP)

Chief Judge Preska

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to the request of Defendants Optiver US, LLC, Optiver Holding BV, and Optiver VOF, and with the consent of Plaintiff U.S. Commodity Futures Trading Commission, and based on Optiver's representation that all other defendants consent:

1. This action is stayed until January 19, 2011; and

2. Defendants shall answer or otherwise plead in response to the complaint by February 18, 2011.

Entered: _____
Chief Judge Loretta A. Preska

October 25, 2010