

NOV 09 2010

08 928 — 920008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTIVER US, LLC, OPTIVER HOLDING BV, OPTIVER VOF, CHRISTOPHER DOWSON, BASTIAAN VAN KEMPEN, AND RANDAL MEIJER,<br>        Defendants. | Case No. 08 CV 6560 (LAP) |
| ROBERTO CALLE GRACEY, individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTIVER US, LLC, OPTIVER HOLDING BV, OPTIVER VOF, CHRISTOPHER DOWSON, BASTIANN VAN KEMPEN, RANDAL MEIFER, and JOHN DOES NOS. 1-10,<br><br>        Defendants. | Case No. 08 CV 6842 (LAP) |
| RICHARD WHITE, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTIVER US, LLC, OPTIVER HOLDING BV, OPTIVER VOF, CHRISTOPHER DOWSON, BASTIAAN VAN KEMPEN, RANDAL MEIJER, and JOHN DOES NOS. 1-10,<br><br>        Defendants. | Case No. 08 CV 6976 (LAP) |
| BRENDAN CODY,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTIVER US, LLC, OPTIVER HOLDING BV, OPTIVER VOF, CHRISTOPHER DOWSON, BASTIANN VAN KEMPEN, and RANDAL MEIJER,<br><br>        Defendants. | Case No. 08 CV 7216 (LAP) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/10



RECEIVED
NOV 19 2010
LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

- 2 -

## ORDER

Paul E. Dengel, a member in good standing of the Bar of the State of Illinois, having requested admission pro hac vice, to represent Optiver US, LLC, Optiver Holding BV, and Optiver VOF ("Defendants") in each of the above-captioned cases.

ORDERED, that the Motion to Admit Paul E. Dengel is GRANTED and Paul E. Dengel, Esq. is admitted to practice *pro hac vice* in the above-referenced cases in the United States District Court, Southern District of New York, provided that one filing fee has been paid.

Dated: November 16, 2010

_____
Chief Judge Loretta A. Preska