UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

OPTIVER US, LLC, OPTIVER HOLDING BV, OPTIVER VOF, CHRISTOPHER DOWSON, BASTIAAN VAN KEMPEN, AND RANDAL MEIJER,

Defendants.



Case No. 08 CIV 6560 (LAP)

Chief Judge Preska

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to the request of Defendants Optiver US, LLC, Optiver Holding BV, and Optiver VOF, and based on Optiver's representation that all other defendants consent:

This action is stayed until February 18, 2011.

Entered: _Loretta A. Preska_
Chief Judge Loretta A. Preska

January 19, 2011