UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

OPTIVER US, LLC, OPTIVER HOLDING BV, OPTIVER VOF, CHRISTOPHER DOWSON, BASTIAAN VAN KEMPEN, AND RANDAL MEIJER,

    Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/11

Case No. 08 CIV 6560 (LAP)

Chief Judge Preska

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that, pursuant to the request of Defendants Optiver US, LLC, Optiver Holding BV, and Optiver VOF, and with the consent of Plaintiff U.S. Commodity Futures Trading Commission, and based on Optiver's representation that all other defendants consent:

This action is stayed until May 25, 2011. A telephone conference is scheduled for May 25, 2011 at 9:30 a.m.

Entered: _____
             Chief Judge Loretta A. Preska

April 28, 2011