```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
U.S. COMMODITY FUTURES,             :
                                    :
                    Plaintiff,      :    08 Civ. 6560(LAP)(THK)
                                    :
            -against-               :
                                    :    SETTLEMENT
                                    :    CONFERENCE ORDER
OPTIVER US. LLC, et al.             :
                    Defendant.      :
------------------------------------X
```

**THEODORE H. KATZ, United States Magistrate Judge.**

This action has been referred to Magistrate Judge Theodore H. Katz for settlement purposes.

A settlement conference will be held on August 5, 2011 at 10:00 a.m., in Courtroom 17D, at the U.S. District Court, 500 Pearl Street. All parties should discuss settlement prior to the conference date and be prepared and authorized to settle the action at the conference. The parties, their counsel, and anyone else necessary for settlement should be present at the conference. By July 29, 2011, the parties shall submit a brief letter, no longer than 4 pages, marked "Confidential Material For Use at Settlement Conference", which need not be served on the other parties, stating: (1) the history of settlement negotiations; (2) counsel's evaluation of the settlement value of the case and the rational for it; (3) any other facts that would be helpful to the Court as mediator.

No requests for adjournment will be considered unless made at

least three business days before the scheduled conference and only after the parties have consulted with each other. The request must be put in writing.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: July 13, 2011
       New York, New York