UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Optiver US, LLC, Optiver Holding BV, Optiver VOF, Christopher Dowson, Bastiaan Van Kempen, and Randal Meijer,<br><br>Defendants. | Civil Action No.: 08 CV 6560 (LAP)<br><br>ECF CASE<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Michael R. Huttenlocher hereby appears as counsel for the Defendant Christopher Dowson, in the above-captioned action and for the purpose of being added to the list of ECF notice recipients. I certify that I am admitted to practice in this court.

Dated: New York, New York
July 18, 2011

McDERMOTT WILL & EMERY LLP

By: s/Michael R. Huttenlocher
     Michael R. Huttenlocher

340 Madison Avenue
New York, New York 10173
T: (212) 547-5400
F: (212) 547-5444
mhuttenlocher@mwe.com

*Attorney for Defendant Christopher Dowson*