MWE OFFICE COPY



RECEIVED
JUL 18 2011
U.S.D.C. S.D.N.Y.
CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Optiver US, LLC, Optiver Holding BV, Optiver VOF, Christopher Dowson, Bastiaan Van Kempen, and Randal Meijer,<br><br>Defendants. | Civil Action No.: 08 CV 6560 (LAP)<br><br>ECF CASE<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael R. Huttenlocher, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    John C. Kocoras
    McDERMOTT WILL & EMERY LLP
    227 West Monroe Street
    Chicago, IL 60606-5096
    Telephone:   (312) 372-2000
    Facsimile:    (312) 984-7700
    Email:        jkocoras@mwe.com

John Kocoras is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against John Kocoras in any State or Federal Court.

Dated:  July 18, 2011
     New York, New York

                   Respectfully submitted,

                   _____
                   Michael R. Huttenlocher
                   McDermott Will & Emery LLP
                   340 Madison Avenue
                   New York, NY 10173-1922
                   (212) 547-5400 (phone)
                   (212) 547-5444 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Optiver US, LLC, Optiver Holding BV, Optiver VOF, Christopher Dowson, Bastiaan Van Kempen, and Randal Meijer,<br><br>Defendants. | Civil Action No.: 08 CV 6560 (LAP)<br><br>ECF CASE<br><br>**DECLARATION OF MICHAEL R. HUTTENLOCHER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York   )
                    )  ss:
County of New York  )

**MICHAEL R. HUTTENLOCHER**, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of McDermott Will & Emery LLP, counsel for the Defendant Christopher Dowson in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit John C. Kocoras as counsel pro hac vice to represent the Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Kocoras is a partner with the law firm of McDermott Will & Emery in our

DM_US 29332719-1.T10149.0010

Chicago, Illinois office.

4. Mr. Kocoras is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Mr. Kocoras, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Mr. Kocoras, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Mr. Kocoras, pro hac vice, to represent the Defendant in the above-captioned matter, be granted.

Dated: July 18, 2011

Respectfully submitted,

By: _____
Michael R. Huttenlocher
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: 212.547.5400
Facsimile: 212.547.5444
Email: mhuttenlocher@mwe.com

*Attorney for Defendant Christopher Dowson*



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

John C. Kocoras
McDermott Will & Emery
227 West Monroe Street
Suite 5200
Chicago, IL 60606

Chicago
July 7, 2011

In re: John Charles Kocoras
Admitted: 11/7/1997
Attorney No. 6243271

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE

# EXHIBIT A

Case 1:08-cv-06560-LAP   Document 30   Filed 07/19/11   Page 6 of 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Optiver US, LLC, Optiver Holding BV, Optiver VOF, Christopher Dowson, Bastiaan Van Kempen, and Randal Meijer,<br><br>Defendants. | Civil Action No.: 08 CV 6560 (LAP)<br><br>ECF CASE<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Michael R. Huttenlocher, attorney for Defendant Christopher Dowson and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John C. Kocoras |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, IL 60606-5096 |
| Phone Number: | (312) 372-2000 |
| Fax Number: | (312) 984-7700 |
| Email Address: | jkocoras@mwe.com |

is admitted to practice pro hac vice as counsel for Defendant Christopher Dowson in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July \_\_\_\_, 2011
New York, New York

_____
Honorable Loretta A. Preska

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Monday, July 18, 2011, I served upon the parties listed below a true and correct copy of the accompanying Motion to Admit Counsel Pro Hac Vice and Declaration of Michael R. Huttenlocher in Support of Motion to Admit Counsel Pro Hac Vice by First Class U.S. Mail:

David Acevedo
Commodity Futures Trading Commission (NYC)
140 Broadway, 19th Floor
New York, NY 10005

Stephen Jay Obie
Commodity Futures Trading Commission (NYC)
Division of Enforcement
1155 21st Street, N.W.
Washington, DC 20581

Stacie Rachel Hartman
Schiff Hardin LLP (Chicago)
6600 Sears Tower
Chicago, IL 60606

Thomas Patrick Battistoni
Schiff Hardin LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103

Paul E. Dengel
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606

Susan Michelle Lauer
Perkins Coie LLP (IL)
131 S. Dearborn
Suite 1700
Chicago, IL 60603

Michael Alan Sussman
Perkins Coie LLP (DC)
607 Fourteenth Street N.W.
Suite 800
Washington, DC 20005

Dated: New York, New York
July 18, 2011

_____
Amelia J. Crowley