**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S. COMMODITIES FUTURES TRADING
COMMISSION,

                         Plaintiff,

- against -

OPTIVER US, LLC, OPTIVER HOLDING
BV, OPTIVER VOF, CHRISTOPHER
DOWSON, BASTIAAN VAN KEMPEN, AND
RANDAL MEIJER,

                         Defendants.



08 cv 6560 (LAP)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Schuyler Carroll, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:  Patrick M. Collins
    Firm Name:  Perkins Coie LLP
    Address:  131 South Dearborn, Suite 1700
    City/State/Zip:  Chicago, Illinois 60603
    Phone Number:  (312) 324-8558
    Fax Number: (312) 324-9558
    Email: PCollins@perkinscoie.com

Patrick M. Collins is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against Patrick M. Collins in any State or Federal court.

Dated: July 19, 2011
City, State: New York, New York

    Respectfully submitted,

    Schuyler Carroll, SDNY Bar No. SC1234
    Firm Name:  Perkins Coie LLP
    Address 30 Rockefeller Plaza, 25th Floor
    City/State/Zip:  New York, NY 10112-0085
    Phone Number:  (212) 262-6900
    Fax Number:  (212) 977-1649

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITIES FUTURES TRADING
COMMISSION,

                  Plaintiff,

      - against -

OPTIVER US, LLC, OPTIVER HOLDING
BV, OPTIVER VOF, CHRISTOPHER
DOWSON, BASTIAAN VAN KEMPEN, AND
RANDAL MEIJER,

                  Defendants.

08 cv 6560 (LAP)

**AFFIDAVIT OF SCHUYLER CARROLL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York    )
                            )  ss:
County of New York  )

Schuyler Carroll, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Perkins Coie LLP, counsel for Defendant Bastiaan Van Kempen in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Patrick M. Collins as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1993. I am also admitted to and in good standing with the bars of the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York.

3. Patrick M. Collins was admitted to practice in Illinois and before the United States District Court for the Northern District of Illinois in 1991. He has been a Partner at Perkins Coie LLP since April 2007.

4. I have found Patrick M. Collins to be a skilled attorney and a person of integrity.

5. Accordingly, I am pleased to move the admission of Patrick M. Collins, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Patrick M. Collins, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, I respectfully request that this Court grant the motion to admit Patrick M. Collins, pro hac vice, to represent Defendant Bastiaan Van Kempen in the above captioned matter.

Dated: July 19, 2011

City, State: New York, NY.

Respectfully submitted,

_____
Name of Movant: Schuyler Carroll

SDNY Bar Code: SC1234



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Patrick M. Collins
Perkins Coie
131 S Dearborn St Ste 1700
Chicago, IL 60603-5559

Chicago
July 15, 2011

In re: Patrick M. Collins
Admitted: 11/7/1991
Attorney No. 6206686

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Deputy Registrar

AO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S. COMMODITIES FUTURES TRADING
COMMISSION,

                    Plaintiff,

              08 cv 6560 (LAP)

- against -

OPTIVER US, LLC, OPTIVER HOLDING
BV, OPTIVER VOF, CHRISTOPHER
DOWSON, BASTIAAN VAN KEMPEN, AND
RANDAL MEIJER,

              **ORDER FOR ADMISSION PRO HAC**
              **VICE ON WRITTEN MOTION**

                    Defendants.

Upon the motion of Schuyler Carroll, attorney for Defendant Bastiaan Van Kempen and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Patrick M. Collins
    Firm Name:  Perkins Coie LLP
    Address:  131 South Dearborn, Suite 1700
    City/State/Zip:  Chicago, Illinois 60603
    Phone Number:  (312) 324-8558
    Fax Number: (312) 324-9558
    Email: PCollins@perkinscoie.com

is admitted to practice pro hac vice as counsel for Bastiaan Van Kempen in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July ___, 2011
City, State:  New York, NY

                                            United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITIES FUTURES TRADING
COMMISSION,

                          Plaintiff,

        - against -

OPTIVER US, LLC, OPTIVER HOLDING
BV, OPTIVER VOF, CHRISTOPHER
DOWSON, BASTIAAN VAN KEMPEN, AND
RANDAL MEIJER,

                        Defendants.

08 cv 6560 (LAP)

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

## NOTICE OF MOTION

Notice is hereby given that on July 19, 2011, Defendant's attorney filed Motion to Admit Counsel Pro Hac Vice with the U. S. District Court for the Southern District of New York. A copy of the Motion and supporting documentation is attached.

DATED this 19th day of July, 2011

                        PERKINS COIE LLP
                        Attorney for Defendant
                        Bastiaan Van Kempen

                        By _____
                           Schuyler Carroll
                           SDNY Bar Code: SC1234

I hereby certify that I have served by mail/fax/hand a true and correct copy of the foregoing on attorneys of record on attached list this 19th day of July, 2011.

_____
Schuyler Carroll
Perkins Coie LLP
30 Rockefeller Plaza, 25th Floor
New York, New York 10112-0085

# Service List
## 08-cv-06560

U.S. Commodity Futures Trading Commission
v.
Optiver US, LLC et al

Attorney for:

**David Acevedo**
Commodity Futures Trading Commission (NYC)
140 Broadway, 19th Flr.
New York, NY 10005

**U.S. Commodity Futures Trading Commission** *(Plaintiff)*

**Thomas Patrick Battistoni**
Schiff Hardin LLP
666 Fifth Ave., 17th Floor
New York, NY 10103

**Optiver Holding BV** *(Defendant)*
**Optiver US, LLC** *(Defendant)*
**Optiver VOF** *(Defendant)*

**Michael Robert Berlowitz**
U.S. Commodity Futures Trading Commission(NYC)
140 Broadway
New York, NY 10005

**U.S. Commodity Futures Trading Commission** *(Plaintiff)*

**Paul E. Dengel**
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

**Optiver Holding BV** *(Defendant)*
**Optiver US, LLC** *(Defendant)*
**Optiver VOF** *(Defendant)*

**Stacie Rachel Hartman**
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

**Optiver Holding BV** *(Defendant)*
**Optiver US, LLC** *(Defendant)*
**Optiver VOF** *(Defendant)*

**Susan Michelle Lauer**
Perkins Coie LLP
131 S. Dearborn, Suite 1700
Chicago, IL 60603

**Bastiaan Van Kempen** *(Defendant)*

**David W. MacGregor**
Commodity Futures Trading Commission (NYC)
140 Broadway, 19th Flr.
New York, NY 10005

**U.S. Commodity Futures Trading Commission** *(Plaintiff)*

-2-

| | |
|---|---|
| **Vincent McGonagle**<br>Commodity Futures Trading Commission Division of Enforcement<br>1155 21st Street, N.W.<br>Washington, DC 20581 | **U.S. Commodity Futures Trading Commission** *(Plaintiff)* |
| **David William Oakland**<br>U.S. Commodity Futures Trading Commission(NYC)<br>140 Broadway<br>New York, NY 10005 | **U.S. Commodity Futures Trading Commission** *(Plaintiff)* |
| **Stephen Jay Obie**<br>Commodity Futures Trading Commission (NYC)<br>Division of Enforcement<br>1155 21st Street, N.W.<br>Washington, DC 20581 | **U.S. Commodity Futures Trading Commission** *(Plaintiff)* |
| **R. Stephen Painter, Jr.**<br>Commodity Futures Trading Commission<br>140 Broadway, 19th Floor<br>New York, NY 10005 | **U.S. Commodity Futures Trading Commission** *(Plaintiff)* |
| **W. Derek Shakabpa**<br>Commodity Futures Trading Commission (NYC)<br>140 Broadway, 19th Flr.<br>New York, NY 10005 | **U.S. Commodity Futures Trading Commission** *(Plaintiff)* |
| **Manal Sultan**<br>U.S. Commodity Futures Trading Commission(NYC)<br>140 Broadway, 19th Floor<br>New York, NY 10005 | **U.S. Commodity Futures Trading Commission** *(Plaintiff)* |
| **Michael Alan Sussmann**<br>Perkins Coie LLP (DC)<br>607 Fourteenth Street N.W., Suite 800<br>Washington, DC 20005-2003 | **Bastiaan Van Kempen** *(Defendant)* |
| **Lara Turcik**<br>U.S. Commodity Futures Trading Commission(NYC)<br>140 Broadway, 19th Floor<br>New York, NY 10005 | **U.S. Commodity Futures Trading Commission** *(Plaintiff)* |