USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. Commodity Futures Trading Commission,

                Plaintiff,

v.

Optiver US, LLC, Optiver Holding BV, Optiver VOF, Christopher Dowson, Bastiaan Van Kempen, and Randal Meijer,

                Defendants.

Civil Action No.: 08 CV 6560 (LAP)

ECF CASE

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Michael R. Huttenlocher, attorney for Defendant Christopher Dowson, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David S. Rosenbloom |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, IL 60606-5096 |
| Phone Number: | (312) 372-2000 |
| Fax Number: | (312) 984-7700 |
| Email Address: | drosenbloom@mwe.com |

is admitted to practice pro hac vice as counsel for Defendant Christopher Dowson in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DM_US 29331828-1.T10149.0010

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July 20, 2011
New York, New York

*Loretta A. Preska*
Honorable Loretta A. Preska