```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITIES FUTURES TRADING
COMMISSION,

                         Plaintiff,

- against -

OPTIVER US, LLC, OPTIVER HOLDING
BV, OPTIVER VOF, CHRISTOPHER
DOWSON, BASTIAAN VAN KEMPEN, AND
RANDAL MEIJER,

                         Defendants.

08 cv 6560 (LAP)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Schuyler Carroll, attorney for Defendant Bastiaan Van Kempen and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Patrick M. Collins
    Firm Name:  Perkins Coie LLP
    Address:  131 South Dearborn, Suite 1700
    City/State/Zip:  Chicago, Illinois 60603
    Phone Number:  (312) 324-8558
    Fax Number: (312) 324-9558
    Email: PCollins@perkinscoie.com

is admitted to practice pro hac vice as counsel for Bastiaan Van Kempen in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 20, 2011
City, State:  New York, NY

                                      *Loretta A. Preska*
                                      United States District/Magistrate Judge

68956-0001/LEGAL21319580.1