UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
: **ECF CASE**
:
U.S. COMMODITY FUTURES TRADING : Civil Action No. 08 CV 6560 (LAP)
COMMISSION, :
:
Plaintiff, :
:
v. : **NOTICE OF APPEARANCE**
:
OPTIVER US, LLC, OPTIVER HOLDING BV, :
OPTIVER VOF, CHRISTOPHER DOWSON, :
BASTIAAN VAN KEMPEN, AND RANDAL :
MEIJER, :
:
Defendants.
------------------------------------- x

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Marcus A. Cordova, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant Randal Meijer.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.


Dated: New York, New York          SIDLEY AUSTIN LLP
       August 19, 2011
                                   By:   /s/ Marcus A. Cordova
                                       Marcus A. Cordova
                                       (mcordova@sidley.com)
                                       787 Seventh Avenue
                                       New York, New York 10019
                                       Telephone: (212) 839-5300
                                       Fax: (212) 839-5599

                                   *Attorneys for Defendant Randal Meijer*