UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x   **ECF CASE**

U.S. COMMODITY FUTURES TRADING             Civil Action No. 08 CV 6560 (LAP)
COMMISSION,

                  Plaintiff,

                                              **MOTION TO ADMIT COUNSEL**
                v.                                     **PRO HAC VICE**

OPTIVER US, LLC, OPTIVER HOLDING BV,
OPTIVER VOF, CHRISTOPHER DOWSON,
BASTIAAN VAN KEMPEN, AND RANDAL
MEIJER,

                  Defendants.
------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Marcus A. Cordova, a member in good standing of the bar of this Court, upon the annexed affidavit with exhibits attached thereto, hereby move for an Order allowing the admission *pro hac vice* of:

        Frank J. Favia, Jr.
        Sidley Austin LLP
        One South Dearborn Street
        Chicago, IL 60603
        Phone: (312) 853-0326
        Fax: (312) 853-7036
        ffavia@sidley.com

Frank F. Favia, Jr. is a member in good standing of the Illinois State Bar.

There are no pending disciplinary proceedings against Frank F. Favia, Jr. in any State or Federal Court.

Dated: New York, New York
      August 23, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP

By: *Marcus Cordova*
Marcus A. Cordova
(mcordova@sidley.com)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for Defendant Randal Meijer*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

U.S. COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

v.

OPTIVER US, LLC, OPTIVER HOLDING BV,
OPTIVER VOF, CHRISTOPHER DOWSON,
BASTIAAN VAN KEMPEN, AND RANDAL
MEIJER,

      Defendants.

------------------------------------- x

ECF CASE

Civil Action No. 08 CV 6560 (LAP)

**AFFIDAVIT OF MARCUS A. CORDOVA IN SUPPORT OF MOTION TO ADMIT <u>COUNSEL PRO HAC VICE</u>**

STATE OF NEW YORK )
         ) s.s.:
COUNTY OF NEW YORK )

Marcus A. Cordova, being duly sworn, hereby deposes and says:

1. I am an associate of the law firm of Sidley Austin LLP, counsel for Defendant Randal Meijer in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Frank F. Favia, Jr. as counsel *pro hac vice* to represent Defendant Randal Meijer in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. Frank F. Favia, Jr. is an associate in the Chicago office of the law firm Sidley Austin LLP, counsel for Defendant Randal Meijer. Mr. Favia is a member in good standing of the bar of the State of Illinois. Mr. Favia's Certificate of Good Standing for the bar of the State of Illinois is attached hereto as Exhibit A.

4. I respectfully submit a proposed order granting the admission of Frank F. Favia, Jr. *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Frank F. Favia, Jr., *pro hac vice*, to represent Defendant Randal Meijer in the above-captioned matter be granted.

Dated: August 23, 2011
New York, New York

                                                                        Marcus A. Cordova

Subscribed and sworn to before me
this 23rd day of August, 2011

Notary Public

**RICARDO A. MURRAY**
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 20__

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Frank John Favia, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, August 22, 2011.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x  **ECF CASE**

U.S. COMMODITY FUTURES TRADING  : Civil Action No. 08 CV 6560 (LAP)
COMMISSION,

               Plaintiff,

               v. : **ORDER FOR ADMISSION**
                  **PRO HAC VICE**
                  **ON WRITTEN MOTION**

OPTIVER US, LLC, OPTIVER HOLDING BV,
OPTIVER VOF, CHRISTOPHER DOWSON,
BASTIAAN VAN KEMPEN, AND RANDAL
MEIJER,

               Defendants.
------------------------------------x

Upon the motion of Marcus A. Cordova, attorney for Defendant Randal Meijer and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Frank J. Favia, Jr.
    Firm Name:  Sidley Austin LLP
    Address:  One South Dearborn Street
    City/State/Zip:  Chicago, IL 60603
    Phone number:  (312) 853-0326
    Fax number:  (312) 853-7036
    Email address:  ffavia@sidley.com

is admitted to practice *pro hac vice* as counsel for Randal Meijer in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August    , 2011
New York, New York

                                                                         _____
                                                                      Honorable Loretta A. Preska
                                                                      United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of August, 2011, I caused true and correct copies of the foregoing Motion to Admit Counsel Pro Hac Vic and the accompanying Affidavit of Marcus A. Cordova in Support of Motion to Admit Counsel Pro Hac Vic to be served by U.S. First Class Mail upon the following attorneys of record:

**David Acevedo**
Commodity Futures Trading Commission(NYC)
140 Broadway, 19th Flr.
New York, NY 10005

**David W. MacGregor**
Commodity Futures Trading Commission (NYC)
140 Broadway, 19th Flr.
New York, NY 10005

**David William Oakland**
U.S. Commodity Futures Trading Commission(NYC)
140 Broadway
New York, NY 10005

**Lara Turcik**
U.S. Commodity Futures Trading Commission(NYC)
140 Broadway
New York, NY 10005

**Manal Sultan**
U.S. Commodity Futures Trading Commission(NYC)
140 Broadway
19th Floor
New York, NY 10005

**Michael Robert Berlowitz**
U.S. Commodity Futures Trading Commission(NYC)
140 Broadway
New York, NY 10005

**R. Stephen Painter , Jr.**
Commodity Futures Trading Commission
140 Broadway
19th Floor
New York, NY 10005

**Stephen Jay Obie**
Commodity Futures Trading Commission(NYC)
Division of Enforcement
1155 21st Street, N.W.
Washington, DC 20581

**Vincent McGonagle**
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, DC 20581

**W. Derek Shakabpa**
Commodity Futures Trading Commission(NYC)
140 Broadway, 19th Flr.
New York, NY 10005

**Stacie Rachel Hartman**
Schiff Hardin LLP (Chicago)
6600 Sears Tower
Chicago, IL 60606

**Thomas Patrick Battistoni**
Schiff Hardin LLP
666 Fifth Ave., 17th Floor
New York, NY 10103

**Paul E. Dengel**
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606

**Michael Robert Huttenlocher , Jr.**
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017

**David S. Rosenbloom**
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

**John C. Kocoras**
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

**Susan Michelle Lauer**
Perkins Coie LLP (IL)
131 S. Dearborn
Suite 1700
Chicago, IL 60603

**Michael Alan Sussmann**
Perkins Coie LLP (DC)
607 Fourteenth Street N.W.

Suite 800
Washington, DC 20005-2003

**Patrick M Collins**
Perkins Coie LLP (IL)
131 S. Dearborn
Suite 1700
Chicago, IL 60603

**Pravin B Rao**
Perkins Coie LLP (IL)
131 S. Dearborn
Suite 1700
Chicago, IL 60603

*[signature]*
Marcus A. Cordova